Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDY CRUMRINE, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SNOHOMISH COUNTY, a political subdivision of the State of Washington; and SNOHOMISH COUNTY CORRECTIONS BUREAU, a political subdivision of and/or agency of Snohomish County;<br><br>Defendants. | Case No. 2:18-cv-01155-TSZ<br><br>STIPULATION AND ORDER TO DISMISS PLAINTIFF'S FEDERAL CLAIMS WITH PREJUDICE, AND TO REMAND BACK TO STATE COURT |

## **STIPULATION**

The parties hereto stipulate to the voluntary dismissal of Plaintiff's federal claims - Americans with Disabilities Act (as amended) (42 U.S.C. § 12101 et seq.) and Family and Medical Leave law (29 U.S.C. § 2601 et seq.) - and agree that such dismissal should be with prejudice and with each party bearing its own associated attorneys' fees, costs, and expenses. Contingent upon the Court's approval of the above-stipulated partial dismissal, the parties further stipulate and agree to have the case remanded back to King County Superior Court for further proceedings.

STIPULATION AND ORDER TO DISMISS PLAINTIFF'S FEDERAL CLAIMS WITH PREJUDICE AND TO REMAND BACK TO STATE COURT
(No. 2:18-cv-01155-TSZ) - 1

**PREMIER LAW GROUP PLLC**
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

DATED THIS 26th day of September 2018.

| | |
|---|---|
| PREMIER LAW GROUP, PLLC | MARK K. ROE<br>Snohomish County Prosecuting Attorney |
| */s/ Patrick J. Kang*<br>**Patrick J. Kang,** WSBA #30726<br>**Nicole K. Young,** WSBA #52711<br>1408 140th PL NE<br>Bellevue, WA 98007<br>Telephone: (206) 285-1743<br>Fax: (206) 599-6316<br>Email: patrick@premierlawgroup.com<br>       nicole@premierlawgroup.com<br><br>Attorney for Plaintiff | */s/ Douglas J. Morrill*<br>**Douglas J. Morrill**, WSBA #30476<br>Douglas J. Morrill<br>Deputy Prosecuting Attorney<br>Snohomish County Prosecuting Attorney -<br>Civil Division<br>3000 Rockefeller Ave., M/S 504<br>Everett, WA 98201<br>Telephone: (425) 388-6330<br>Fax: (425) 388-6333<br>Email: douglas.morrill@co.snohomish.wa.us<br><br>Attorney for Defendants |

STIPULATION AND ORDER TO DISMISS PLAINTIFF'S FEDERAL CLAIMS WITH PREJUDICE AND TO REMAND BACK TO STATE COURT
(No. 2:18-cv-01155-TSZ) - 2

**PREMIER LAW GROUP** PLLC
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

## ORDER

Based on the foregoing stipulation, it is hereby ORDERED that:

1. Plaintiff's federal claims under the Americans with Disabilities Act (as amended) (42 U.S.C. § 12101 et seq.) and the Family and Medical Leave Act (29 U.S.C. §2601 et seq.) are hereby DISMISSED with prejudice, with each side to bear its own associated attorneys' fees, costs, and expenses;

2. The case is REMANDED back to King County Superior Court for further proceedings, effective immediately.

DATED THIS 15th day of October, 2018.

_____
Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER TO DISMISS PLAINTIFF'S FEDERAL CLAIMS WITH PREJUDICE AND TO REMAND BACK TO STATE COURT
(No. 2:18-cv-01155-TSZ) - 3

**Premier Law Group** pllc
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316